# Court of Appeals
# of the State of Georgia

ATLANTA,____June 17, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1532.  GREGORY K. ANKERICH v. THE STATE.**

In 2011, Gregory K. Ankerich was sentenced as a first offender to five years' probation for possession of methamphetamine. In 2014, based on his commission of new felonies, the trial court revoked Ankerich's probation and adjudicated him guilty. Ankerich then filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of Ankerich's appeal is the revocation of his "first offender" probation, he was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). Ankerich's failure to file an application for discretionary appeal deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____06/17/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*